IN THE SUPREME COURT OF TEXAS

 No. 12-0329

 IN RE LOUIS DORFMAN, K.I. HOLDINGS, LTD, SAM MYERS, J.M.D. RESOURCES, INC.,
 BILLY COGDELL BOWDEN, BARBARA STANFIELD, STACEY DORFMAN-KIVOWITZ, JULIA
 DORFMAN, MARK DORFMAN, DAVID PHILLIP COOK, CHERYL KING COOK AND SAM Y.
 DORFMAN, JR., Relators

 On Petition for Writ of Mandamus

ORDERED:

 1. Relators' emergency motion for immediate temporary relief,
filed April 25, 2012, is granted. The court of appeals' judgment dated
April 11, 2012, in Cause No. 04-12-00007-CV, styled In re J.P. Morgan Chase
Bank, N.A., in its Individual Capacity, and as Trustee of the Red Crest
Trust, and PhilipMettham, in the Fourth Court of Appeals is stayed pending
further order of this Court.
 2. The real parties in interest are requested to respond to
relators' petition for writ of mandamus on or before May 17, 2012.
 3. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this April 30, 2012.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk